AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Shams M. Pryor | ) Case No. 4:23cr46 |
| | ) FID: 135438PB |
| | ) ATF |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Shams M. Pryor,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:841(a)(1) and (b)(1)(C)- Possession with the Intent to Distribute Cocaine and Methamphetamine (Count One, et al)

Date:   06/12/2023

*Issuing officer's signature*

City and state:   Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/12/2023, and the person was arrested on *(date)* 7/11/2023
at *(city and state)* Newport News, Virginia.

Date: 7/11/2023

*Arresting officer's signature*

ATF TFO Glenn Marshall
*Printed name and title*

Stamp: RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION 2023 JUN 13 A 8:51 — ORIGINAL